**Opinion issued April 30, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00953-CV

———————————

**SHEBA D. MUHARIB AND AABLE FINANCIAL GROUP, INC., Appellants**

**V.**

**CENTRA 417 SAN JACINTO PARTNERS, LLC, CENTRA CAPITAL INVESTMENTS, LLC, DAVID HECHT, AND ROBERT A. SCHLANGER, Appellees**

---

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Case No. 2024-28050**

---

## MEMORANDUM OPINION

Appellants have neither paid nor made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellants failed to respond. *See* TEX. R. APP.

P. 37.3(b), 42.3(b) (c).  Accordingly, we dismiss the appeal for want of prosecution.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.